■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TANYA FREDERICK, Appellant. [822 NYS2d 449]—Judgment, Supreme Court, New York County (Michael A. Corriero, J.), rendered December 3, 2004, convicting defendant, upon her

plea of guilty, of robbery in the first degree, and sentencing her, as a juvenile offender, to a term of 1¹/₂ to 4¹/₂ years, unanimously affirmed.

The court properly exercised its discretion in denying defendant youthful offender treatment (*People v Drayton*, 39 NY2d 580 [1976]), particularly in light of her postplea criminal conduct. Concur—Andrias, J.P., Marlow, Gonzalez, Sweeny and Catterson, JJ.